DOA: 8-12-25

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

12 FEB 15 PM 4:03

CLERK-LAS CRUCES

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | AZ. NO: 25-8420 MJ |
| Plaintiff, ) | CRIMINAL NO. 12-310 RB |
| ) | |
| vs. ) | Count 1: 21 U.S.C. § 846: Conspiracy |
| ) | |
| ENRIQUE ARBALLO-TALAMANTES ) and JESUS IGNACIO TALAMANTES- ) CORONADO, ) | Count 2: 21 U.S.C. §§ 841(a)(1) and (b)(1)(A): Possession With Intent to Distribute 1 Kilogram and More of Heroin; 18 U.S.C. § 2: Aiding and Abetting |
| Defendants. ) | |

CERTIFIED a True Copy of the original filed in the office of the Clerk

by _____ Deputy

INDICTMENT

The Grand Jury charges:

Count 1

From on or about July 20, 2011 and continuing to on or about July 26, 2011, in Doña Ana County, in the District of New Mexico, the defendants, **ENRIQUE ARBALLO-TALAMANTES** and **JESUS IGNACIO TALAMANTES-CORONADO**, unlawfully, knowingly and intentionally did combine, conspire, confederate and agree with each other and other persons whose names are known and unknown to the Grand Jury to commit the following offense against the United States, to wit: possession with intent to distribute a controlled substance, 1 kilogram and more of a mixture and substance containing a detectable amount of heroin, contrary to 21 U.S.C. §§ 841(a)(1) and (b)(1)(A).

In violation of 21 U.S.C. § 846.

Count 2

On or about July 26, 2011, in Doña Ana County, in the District of New Mexico, the defendant, **ENRIQUE ARBALLO-TALAMANTES**, unlawfully, knowingly and intentionally

possessed with intent to distribute a controlled substance, 1 kilogram and more of a mixture and substance containing a detectable amount of heroin.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A), and 18 U.S.C. § 2.

A TRUE BILL:

/S/

FOREPERSON OF THE GRAND JURY

Assistant United States Attorney
02/10/12 11:38am

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| ENRIQUE ARBALLO-TALAMANTES | ) | Case No. 12-310 RB |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* ENRIQUE ARBALLO-TALAMANTES,
who is accused of an offense or violation based on the following document filed with the court:

■ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint

☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Count 1: 21 U.S.C. § 846: Conspiracy

Count 2: 21 U.S.C. §§ 841(a)(1) and (b)(1)(A): Possession With Intent to Distribute 1 Kilogram and More of Heroin; 18 U.S.C. § 2: Aiding and Abetting

Date: 2/15/2012

*Issuing officer's signature*

City and state: Las Cruces, New Mexico

Matthew J. Dykman, Clerk of Court
*Printed name and title*

---

**RETURN**

This warrant was received on _____, and the person was arrested on _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*